JOHN W. MCKINNON, as Agent for the Shareholders of the NATIONAL BANK OF NORTH AMERICA, Appellant, v. THE CITY OF NEW YORK Respondent.   (Taxes of 1908 and 1909.) — Judgments affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.,

GALE-NAT REALTY COMPANY, Appellant, v. LOUIS M. JONES and Others, Respondents.— Judgment affirmed, with costs.   No opinion.

SAMUEL LIPSCHITZ and Another, Appellants, v. W. R. GRACE & COMPANY, Respondent.   (3 cases.) — Determinations affirmed, with costs.   No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JAY B. SMITH, Appellant, v. BANCO NACIONAL DE CUBA, Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL KROHNBERG and Another, Appellants, v. FEDERAL INSURANCE COMPANY, Respondent.— Determination affirmed, with costs.   No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.